IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERKSINE BARRINO,<br><br>    *Plaintiff*,<br><br>v.<br><br>SCI GREENE DEPARTMENT OF CORRECTIONS, *et al*,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-1796<br><br>Hon. William S. Stickman IV<br>Hon. Maureen P. Kelly |

## **JUDGMENT ORDER**

AND NOW, this 12 day of May 2025, pursuant to Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED that final judgment is entered in the form of dismissal for failure to prosecute. The Clerk of Court is directed to mark this CASE CLOSED.

                 BY THE COURT:

                 _____
                 WILLIAM S. STICKMAN IV
                 UNITED STATES DISTRICT JUDGE